```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 14-19737-amc
Leticia Gomez                                                   Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: John               Page 1 of 3              Date Rcvd: Feb 19, 2020
                              Form ID: 138NEW          Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db             +Leticia Gomez,    808 E. 7th Street,    Chester, PA 19013-6208
cr             +Cavalry SPV I, LLC,    Bass & Associates, P.C.,     3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
13438840       +Ariel Rivera,    806 East 7th Street,    Chester, PA 19013-6208
13438842      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
13472032       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13438841       +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13510183        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13476186       +Cavalry SPV I, LLC.,    Bass & Associates, P.C.,     3936 E. Ft. Lowell Rd., Ste. 200,
                 Tucson, AZ. 85712-1083
13498882       +Cavalry SPVI LLC assignee Capital One, NA,    Bass Associates PC,
                 3936 E Fort Lowell Road Suite 200,     Tucson, AZ 85712-1083
13438845       +Ccmk/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13438846       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13438847       +Citgo/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13520798       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13468898       +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13438851       +Exxmblciti,    Po Box 6497,    Sioux Falls, SD 57117-6497
13438852       +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
13438853       +G Jwl/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13438854       +Gdyr/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13438857       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13459808      ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court: First National Bank of Omaha,     1620 Dodge Street,    Stop Code 3105,
                 Omaha Ne 68197)
13525203       +PNC Bank, National Association,    Attn: Bankruptcy Department,     3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13438858       +PNC Mortgage,    P.O. Box 8703,    Dayton, OH 45401-8703
13438859       +Radio/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13438860       +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13438861       +Shell/Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
13452850       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13438871       +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13438872       +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13438850      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Service,     777 E Wisconsin Ave,
                 Milwaukee, WI 53202)
13438873       +Zale/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 20 2020 03:58:30      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 20 2020 03:58:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 20 2020 03:58:17      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:46:03      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13438843        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2020 03:44:46      Cap One,
                 Po Box 85520,    Richmond, VA 23285
13526023       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 20 2020 03:57:52
                 COMENITY CAPITAL BANK/PAYPAL CREDIT,     C/O WEINSTEIN & RILEY, P.S.,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13438844       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2020 03:46:04      Cap1/Boscv,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13486158       +E-mail/Text: bankruptcy@cavps.com Feb 20 2020 03:58:15      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13438848       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 20 2020 03:57:53      Comenity Bank/Vctrssec,
                 Po Box 182789,    Columbus, OH 43218-2789
13442736        E-mail/Text: mrdiscen@discover.com Feb 20 2020 03:57:43      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13438849       +E-mail/Text: mrdiscen@discover.com Feb 20 2020 03:57:43      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13438855       +E-mail/Text: BKRMailOPS@weltman.com Feb 20 2020 03:57:49      Kay Jewelers,   375 Ghent Rd,
                 Fairlawn, OH 44333-4600
13438856       +E-mail/Text: bncnotices@becket-lee.com Feb 20 2020 03:57:45      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
```

```
District/off: 0313-2            User: John              Page 2 of 3              Date Rcvd: Feb 19, 2020
                                Form ID: 138NEW         Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13509080          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 04:02:06
                   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13487778          E-mail/Text: bnc-quantum@quantum3group.com Feb 20 2020 03:57:55
                   Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13442426          E-mail/Text: bnc-quantum@quantum3group.com Feb 20 2020 03:57:55
                   Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                   Kirkland, WA  98083-0788
13647974          E-mail/Text: bnc-quantum@quantum3group.com Feb 20 2020 03:57:55
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13453802          E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2020 03:46:07
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
14215696         +E-mail/Text: bncmail@w-legal.com Feb 20 2020 03:58:10       SYNCHRONY BANK,
                   c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13438863         +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:46:04      Syncb/Amazon,    Po Box 965015,
                   Orlando, FL 32896-5015
13438864         +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:43:39      Syncb/Hh Gregg,    Po Box 965036,
                   Orlando, FL 32896-5036
13438865         +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:43:39      Syncb/Jcp,    Po Box 965007,
                   Orlando, FL 32896-5007
13438866         +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:44:45      Syncb/Lenscrafters,
                   C/O Po Box 965036,    Orlando, FL 32896-0001
13438867         +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:46:03      Syncb/Lowes,    Po Box 965005,
                   Orlando, FL 32896-5005
13438868         +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:44:45      Syncb/Pep Boys,
                   C/O Po Box 965036,    Orlando, FL 32896-0001
13438869         +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:44:46      Syncb/Sleepys,    Po Box 965036,
                   Orlando, FL 32896-5036
13438870         +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:44:45      Syncb/Walmart,    Po Box 965024,
                   Orlando, FL 32896-5024
                                                                                              TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
cr*             +SYNCHRONY BANK,    c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,
                   Seattle, WA 98121-3132
13782102*        Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13782103*        Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13782104*        Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13438862       ##+State Financial Network,    1974 Spraul Road,    Broomall, PA 19008-3400
                                                                                              TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Leticia  Gomez brad@sadeklaw.com, bradsadek@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: John              Page 3 of 3              Date Rcvd: Feb 19, 2020
                              Form ID: 138NEW         Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                  TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Leticia Gomez
      Debtor(s)

Bankruptcy No: 14−19737−amc
Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

    For The Court
    Timothy B. McGrath
    Clerk of Court

Dated: 2/19/20

43 − 42
Form 138_new